UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MABEL LOZANO LOZANO,<br><br>    Plaintiff<br><br>v.<br><br>LORENA TORRES,<br><br>    Defendant | Case No.: 2:21-cv-01829-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On October 12, 2021, Magistrate Judge Youchah recommended that plaintiff Mabel Lozano Lozano's initiating documents be dismissed without prejudice, and that Lozano Lozano be given 30 days to file a complaint correcting identified deficiencies, not to exceed 30 pages, including exhibits. ECF No. 4.  Lozano Lozano did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 4) is accepted**.  Plaintiff Mabel Lozano Lozano's initiating documents **(ECF Nos. 2 through 2-4) are DISMISSED without prejudice**.

I FURTHER ORDER that plaintiff Mabel Lozano Lozano may file a complaint correcting the deficiencies identified in Magistrate Judge Youchah's report and recommendation, if facts exist to do so.  The complaint must not exceed 30 pages, including exhibits.  Failure to

file a complaint by December 1, 2021 will result in dismissal of this action without prejudice and the case being closed.

DATED this 1st day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE