UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MABEL LOZANO LOZANO,<br><br>    Plaintiff<br><br>v.<br><br>LORENA TORRES,<br><br>    Defendant | Case No.: 2:21-cv-01829-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 7] |

On December 2, 2021, Magistrate Judge Youchah recommended that plaintiff Mabel Lozano Lozano's complaint (ECF No. 6-1) be dismissed without prejudice to Lozano Lozano proceeding in California state court. ECF No. 7. Lozano Lozano did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 7) is accepted**. Plaintiff Mabel Lozano Lozano's complaint **(ECF No. 6-1) is DISMISSED** without prejudice to Lozano Lozano proceeding in California state court. The clerk of court is instructed to close this case.

DATED this 21st day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE